UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 16-3820
_____

UNITED STATES OF AMERICA

v.

COREY GRANT,
Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
District Court No. 2-90-cr-00328-009
District Judge:  The Honorable Jose L. Linares

_____

ORDER SUR PETITION
FOR REHEARING EN BANC

_____


Present:  SMITH, *Chief Judge*, McKEE, AMBRO, CHAGARES, JORDAN,
HARDIMAN, GREENAWAY, JR., VANASKIE, KRAUSE, RESTREPO, and BIBAS,
*Circuit Judges*

	A majority of the active judges having voted for rehearing en banc in the above
captioned cases, it is ordered that the government's petition for rehearing is GRANTED.
The Clerk of this Court shall list the case for rehearing en banc on February 20, 2019.
The opinion and judgment entered April 9, 2018 are hereby vacated.

				BY THE COURT,

				s/ D. Brooks Smith_____
				Chief Judge

Dated:  October 4, 2018

kr/cc: All Counsel of Record